FILED BY ⎽⎽ D.C.

05 JUN 17 PM 3: 31

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

WANDA FARMER,

    Plaintiff,

v.

                                    Case No. 04-2574-D/P

TENNESSEE AIR NATIONAL GUARD,

    Defendant.

## ORDER GRANTING ADDITIONAL TIME

This cause came on to be heard upon motion of plaintiff to allow her until July 30, 2005, 2005, to file her response to defendant's motion to dismiss. For good cause shown, the Court will allow the additional days requested by the plaintiff.

IT IS ORDERED THAT counsel is allowed until July 30, 2005, to file the response of the plaintiff in the above cause.

*[signature]*

BERNICE DONALD, DISTRICT JUDGE

DATED: June 17, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-20-05

1

19

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:04-CV-02574 was distributed by fax, mail, or direct printing on June 20, 2005 to the parties listed.

---

Linda Kendall Garner
LAW OFFICE OF LINDA KENDALL GARNER
217 Exchange Ave.
Memphis, TN 38105

Harriett M. Halmon
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT