IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUL -6 PM 3: 16

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| WANDA S. FARMER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| | ) | |
| vs. | ) | Civil No. 04-2574 D/Ph |
| | ) | |
| | ) | |
| TENNESSEE AIR NATIONAL GUARD, | ) | |
| ET AL., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER GRANTING DEFENDANT'S MOTION TO STAY DISCOVERY

For the reasons set forth in Defendant's Memorandum, the court grants the Motion to Stay Discovery.

SO ORDERED:

This the  6  day of  July , 2005.

_____
Magistrate Judge Tu M. Pham

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  7-11-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:04-CV-02574 was distributed by fax, mail, or direct printing on July 11, 2005 to the parties listed.

---

Linda Kendall Garner
LAW OFFICE OF LINDA KENDALL GARNER
217 Exchange Ave.
Memphis, TN 38105

Harriett M. Halmon
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT