IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| WANDA S. FARMER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL No. 04-02574 D/P |
| | ) | |
| TENNESSEE AIR NATIONAL GUARD, | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| AIR FORCE, JAMES D. ROCHE, SECRETARY | ) | |
| OF THE AIR FORCE, COLONEL GARY T. | ) | |
| HICKS, COLONEL JAMES O. HALL | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING DEFENDANTS' MOTION TO INCLUDE OMITTED EXHIBIT

Defendant has moved for leave to file omitted Exhibit A to Defendants' Motion to Dismiss Amended Complaint and Response to Application for Preliminary Injunction for reasons set forth in the motion.

**IT IS ORDERED** that Defendant's Motion to Include Omitted Exhibit is granted.

ENTERED this 8th day of October, 2005.

JUDGE BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-12-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:04-CV-02574 was distributed by fax, mail, or direct printing on October 12, 2005 to the parties listed.

---

Harriett M. Halmon
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Linda Kendall Garner
LAW OFFICE OF LINDA KENDALL GARNER
217 Exchange Ave.
Memphis, TN 38105

Honorable Bernice Donald
US DISTRICT COURT