FILED BY _____ D.C.

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

05 DEC 23 PM 1:58

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

---

WANDA S. FARMER

v.

TENNESSEE AIR NATIONAL GUARD
UNITED STATES DEPARTMENT OF THE
AIR FORCE, JAMES D. ROCHE, SECRETARY
OF THE AIR FORCE, COLONEL GARY T.
HICKS, COLONEL JAMES O. HALL

JUDGMENT IN A CIVIL CASE

CASE NO: 04-2574-D

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Defendants' Motion To Dismiss Amended Complaint And Denying Plaintiff's Application For Preliminary Injunction entered on December 20, 2005, this cause is hereby dismissed.

APPROVED:

_[signature]_
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

12-23-2005
Date

THOMAS M. GOULD
_____
Clerk of Court

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _12/28/05_

(By) _[signature]_ Deputy Clerk

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:04-CV-02574 was distributed by fax, mail, or direct printing on December 28, 2005 to the parties listed.

---

Linda Kendall Garner
LAW OFFICE OF LINDA KENDALL GARNER
217 Exchange Ave.
Memphis, TN 38105

Harriett M. Halmon
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT